

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00250-CR

## IN RE RUSSELL WADE EASON

_____

## Original Proceeding

## MEMORANDUM OPINION

Russell Wade Eason, an inmate, filed a petition for writ of mandamus. There are numerous procedural problems with the petition, but we use Rule 2 to look beyond those problems and deny the petition. *See* TEX. R. APP. P. 2.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed July 21, 2010
Do not publish
[OT06]